# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br>**SC**<br>CV 08  1566 |
| V. | |
| PURE ADS, LLC, a Florida Limited Liability Company, dba BEST ONLINE GIFT CENTER (aka BESTONLINEGIFTCENTER.COM), (continued on page 2) | |



TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JASON K. SINGLETON
RICHARD E. GRABOWSKI
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                                           MAR 2 1 2008
CLERK                                                                        DATE

HELEN L. ALMACEN
(BY) DEPUTY CLERK

|  |  |
|---|---|
| also dba **BRAND NAME AMERICA** (aka **BRANDNAMEAMERICA.COM**), also dba **BRAND NAME GOODIES** (aka **BRANDNAMEGOODIES.COM**), also dba **BRAND NAME REWARDS** (aka **BRAND NAME REWARDS.COM**), also dba **BRAND NAME TEST PANEL** (aka **BRANDNAMETESTPANEL.COM**), also dba **BRAND SURVEY CENTER** (aka **BRANDSURVEYCENTER.COM**), also dba **BRAND SURVEY PORTAL** (aka **BRANDSURVEYPORTAL.COM**), also dba **CUSTOMER DIRECT SAVINGS** (aka **CUSTOMERDIRECTSAVINGS.COM**), also dba **CUSTOMER ONLINE SAVINGS** (aka **CUSTOMERONLINESAVINGS.COM**), also dba **CUSTOMER SURVEY REWARDS** (aka **CUSTOMERSURVEYREWARDS.COM**), also dba **NAME BRAND SURVEYS** (aka **NAMEBRANDSURVEYS.COM**), also dba **PRIZE REWARD CENTER** (aka **PRIZEREWARDCENTER.COM**), also dba **PRIZE REWARD PORTAL** (aka **PRIZEREWARDPORTAL.COM**), also dba **PURE GIFT CENTER** (aka **PUREGIFTCENTER.COM**), also dba **SURVEY REWARDS CENTER** (aka **SURVEYREWARDSCENTER.COM**), also dba **THE PERFECT GIFT CENTER** (aka **THEPERFECTGIFTCENTER.COM**), also dba **TOTAL REWARD ZONE** (aka **TOTALREWARDZONE.COM**), also dba **YOUR BIG PRIZE** (aka **YOURBIGPRIZE.COM**), and DOES ONE through FIFTY, inclusive,<br><br>      **Defendants.** | Case No.<br><br>SUMMONS IN A CIVIL CASE (CONTINUED) |