1  **Jason K. Singleton,** State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski,** State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501

5  (707) 441-1177
   FAX  441-1533

6  Attorneys for Plaintiff, ASIS INTERNET SERVICES

7  L. A. PERKINS (Fla. Bar No. 100153)
   PHILIP R. WIESE (Ohio Bar No. 0067058)
8  BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
9  3800 Embassy Parkway, Suite 300
   Akron, Ohio  44333-8332
10 Telephone:  (330) 376-5300
   Facsimile:    (330) 258-6559
11 Email:  laperkins@bdblaw.com
             pwiese@bdblaw.com
12

13 Attorneys for Defendants PURE ADS, LLC, et al.
   *Pro Hac Vice* and/or Local Counsel Appearance Forthcoming
14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17 | ASIS INTERNET SERVICES, a California corporation | ) | Case No. C-08-1566 SC |
   |---|---|---|
18 | | ) | |
   | Plaintiff, | ) | STIPULATION EXTENDING |
19 | vs. | ) | TIME FOR DEFENDANTS |
   | | ) | TO ANSWER OR OTHERWISE |
20 | | ) | FILE A RESPONSIVE PLEADING |
   | PURE ADS, LLC, a Florida Limited Liability | ) | |
21 | Company, dba BEST ONLINE GIFT CENTER, et al, | ) | |
22 | | ) | |
   | Defendants. | ) | |
23

24     The parties, through their respective counsel, stipulate to a 30-day extension of time for

25 Defendants Pure Ads, LLC, et al. (hereinafter "Pure Ads"), to answer or otherwise respond to

26 the Complaint by ASIS Internet Services, a California corporation.  Defendant's response will

27 be due on or before Wednesday, May 21, 2008.

28 ///

STIPULATION TO EXTEND TIME                    1                         C-08-1566 SC

1  Respectfully submitted this 17th day of April, 2008.

2  BUCKINGHAM, DOOLITTLE &                SINGLETON LAW GROUP
3  BURROUGHS, LLP

5  By:  */s/ Philip R. Wiese*              By:   */s/ Jason Singleton*
        L. A. Perkins, Esq.                      Jason K. Singleton, Esq.
6       Philip R. Wiese, Esq.                    Richard E. Grabowski, Esq.
7       Attorneys for Defendant                  Attorneys for Plaintiff