1  **Jason K. Singleton,** State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski,** State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite A**
4  **Eureka, CA 95501**

5  **(707) 441-1177**
   **FAX  441-1533**

6  Attorneys for Plaintiff, ASIS INTERNET SERVICES

7  L. A. PERKINS (Fla. Bar No. 100153)
   PHILIP R. WIESE (Ohio Bar No. 0067058)
8  BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
   3800 Embassy Parkway, Suite 300
9  Akron, Ohio  44333-8332
10 Telephone:  (330) 376-5300
   Facsimile:   (330) 258-6559
11 Email:  laperkins@bdblaw.com
           pwiese@bdblaw.com
12
13 Attorneys for Defendants PURE ADS, LLC, et al.
   *Pro Hac Vice* and/or Local Counsel Appearance Forthcoming
14

15                       **UNITED STATES DISTRICT COURT**

16                       **NORTHERN DISTRICT OF CALIFORNIA**

17 | ASIS INTERNET SERVICES, a California corporation | ) | Case No. C-08-1566 SC |
   |---|---|---|
   |  | ) |  |
   | Plaintiff, | ) | STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE FILE A RESPONSIVE PLEADING |
   | vs. | ) |  |
   |  | ) |  |
   | PURE ADS, LLC, a Florida Limited Liability Company, dba BEST ONLINE GIFT CENTER, et al, | ) |  |
   |  | ) |  |
   | Defendants. | ) |  |

24     The parties, through their respective counsel, stipulate to a 30-day extension of time for
25 Defendants Pure Ads, LLC, et al. (hereinafter "Pure Ads"), to answer or otherwise respond to
26 the Complaint by ASIS Internet Services, a California corporation.  Defendant's response will
27 be due on or before Wednesday, May 21, 2008.
28 ///

STIPULATION TO EXTEND TIME                    1                         C-08-1566 SC

1  Respectfully submitted this 17th day of April, 2008.

2  BUCKINGHAM, DOOLITTLE &                SINGLETON LAW GROUP
3  BURROUGHS, LLP

5  By:  /s/ Philip R. Wiese              By:   /s/ Jason Singleton
        L. A. Perkins, Esq.                    Jason K. Singleton, Esq.
6       Philip R. Wiese, Esq.                  Richard E. Grabowski, Esq.
        Attorneys for Defendant                Attorneys for Plaintiff



IT IS SO ORDERED
Judge Samuel Conti