1  Jason K. Singleton, State Bar # 166170
   jason@singletonlawgroup.com
2  Richard E. Grabowski, State Bar #236207
   rgrabowski@mckinleyville.net
3  SINGLETON LAW GROUP
   611 "L" Street, Suite A
4  Eureka, CA 95501
   Telephone:  (707) 441-1177
5  Facsimile:   (707) 441-1533

6  Attorneys for Plaintiff, ASIS INTERNET SERVICES

7
   Steven G. Hemmert, State Bar # 205474
8  shemmert@bdblaw.com
   L.A. Perkins (Fla. Bar No. 100153)
9  lperkins@bdblaw.com, *Pro Hac Vice and/or Local Counsel Appearance
   Forthcoming*
10 Philip R. Wiese (Ohio Bar No. 0067058)
   pwiese@bdblaw.com, *Pro Hac Vice and/or Local Counsel Appearance
11 Forthcoming*
   BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
12 5355 Town Center Road, Suite 900
   Boca Raton, Florida 33486-1069
13 Telephone: (561) 241-0414
   Facsimile:   (561) 241-9766
14
   Attorneys for Defendants PURE ADS, LLC, et al.
15

16                     **UNITED STATES DISTRICT COURT**

17                     **NORTHERN DISTRICT OF CALIFORNIA**

18 

| **ASIS INTERNET SERVICES, a California corporation,** | CASE NO. C-08-1566 SC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE FILE A RESPONSIVE PLEADING** |
| Vs. | |
| **PURE ADS, LLC, a Florida Limited Liability company, dba BEST ONLINE GIFT CENTER, et al,** | |
| Defendants. | |

25    WHEREAS, the Plaintiff, ASIS INTERNET SERVICES ("ASIS") filed a Complaint against

26 the Defendant PURE ADS, LLC ("Pure Ads") on or about March 21, 2008;

27    WHEREAS, the Court entered an Order Setting Initial Case Management Conference and

28 ADR Deadlines, which Order set the Initial Case Management Conference for July 11, 2008;

1  WHEREAS, the parties have previously stipulated, through their respective counsel, to
2  extension of time for Pure Ads to respond to the Complaint;

3  WHEREAS, the parties have engaged in settlement negotiations and require additional time
4  to continue such negotiations;

5  WHEREAS, in light of the settlement negotiations, the parties have agreed to an extension of
6  time of up to and including August 29, 2008 for Defendant Pure Ads to respond to the Complaint;

7  WHEREAS, the parties believe that their time and resources would be most efficiently used
8  to work toward greater progress in the settlement of this case instead of responding to the Complaint
9  and preparing for a Case Management Conference that may never be needed.

10  NOW, THEREFORE, the parties hereto, through their respective counsel, stipulate and agree
11 that Defendant Pure Ads will have an extension of time up to and including August 29, 2008 to
12 answer or otherwise respond to the Complaint, and the Case Management Conference will be
13 continued from July 11, 2008 until September 29, 2008, and that all other deadlines related to the
14 Case Management Conference will be adjusted accordingly.

**IT IS SO STIPULATED.**

| SINGLETON LAW GROUP | BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP |
|---|---|
| By:  /s/ Jason K. Singleton<br>Jason K. Singleton, Esq.<br>Richard E. Grabowski, Esq.<br>Attorneys for Plaintiff | By:  /s/Steven G. Hemmert<br>Steven G. Hemmert, Esq<br>L.A. Perkins, Esq.<br>Philip R. Wiese, Esq<br>Attorneys Defendants |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
**The Case Management Conference is continued to November 21, 2008 at 10:00 A.M.**

Dated:  6/16/08

_____
Hon. Samuel Conti
United States District Court Judge

*IT IS SO ORDERED* — Judge Samuel Conti

«BOCA:173940_v1/69082-0003»

STIPULATION TO CONTINUE CASE MANAGEMENT  -2-  C-08-1566 SC
CONFERENCE AND EXTEND TIME